# ELLISON, SCHNEIDER & HARRIS L.L.P.

ANNE J. SCHNEIDER
1947-2010

CHRISTOPHER T. ELLISON
JEFFERY D. HARRIS
DOUGLAS K. KERNER
ROBERT E. DONLAN
ANDREW B. BROWN
PETER J. KIEL
LYNN M. HAUG
CHRISTOPHER M. SANDERS
GREGGORY L. WHEATLAND
ELIZABETH P. EWENS
RONALD LIEBERT

ATTORNEYS AT LAW

2600 CAPITOL AVENUE, SUITE 400
SACRAMENTO, CALIFORNIA 95816
TELEPHONE:  (916) 447-2166
FACSIMILE:  (916) 447-3512
http://www.eslawfirm.com

BRIAN S. BIERING
CRAIG A. CARNES, JR.
JEDEDIAH J. GIBSON
CHASE B. KAPPEL
SHANE E. C. McCOIN
SAMANTHA G. POTTENGER

January 20, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *California River Watch v. Carinalli, Jr., et al.*  Case No. 3:14-cv-04431-JCS:
      Request for Telephonic Appearance

Dear Magistrate Judge Spero:

Counsel for Defendants Domenico J. Carinalli, Jr. and Lynda L. Carinalli requests a telephonic appearance for the Case Management Conference in the above entitled case scheduled January 30, 2015 at 2:00 p.m.

The direct land line phone number is (916) 889-8584.

IT IS HEREBY ORDERED THAT
Mr. Carnes shall be on phone standby beginning at 2:00 PM and await the Court's call.
Dated: 1/21/15

Sincerely,

Craig A. Carnes, Jr.

Craig A. Carnes, Jr.
Attorney for Defendants Domenico J. Carinalli, Jr. and Lynda L. Carinalli

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

{00272035;1}