# ELLISON, SCHNEIDER & HARRIS L.L.P.

ATTORNEYS AT LAW

2600 CAPITOL AVENUE, SUITE 400
SACRAMENTO, CALIFORNIA 95816
TELEPHONE: (916) 447-2166
http://www.eslawfirm.com

June 3, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *California River Watch v. Carinalli, Jr., et al.*  Case No. 3:14-cv-04431-JCS:
       Request for Telephonic Appearance

Dear Magistrate Judge Spero:

Counsel for Defendants Domenico J. Carinalli, Jr. and Lynda L. Carinalli requests a telephonic appearance for the Further Case Management Conference in the above entitled case scheduled June 12, 2015 at 2:00 p.m.

The direct land line phone number is (916) 889-8584.

Sincerely,

Craig A. Carnes, Jr.
Attorney for Defendants Domenico J. Carinalli, Jr. and
Lynda L. Carinalli

IT IS HEREBY ORDERED that Mr. Carnes shall be on phone standby and await the Court's call.
Dated: 6/8/15



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

{00306574;1}